Robert Mackey (SBN 125961)
bobmackeyesq@aol.com
**LAW OFFICES OF ROBERT MACKEY**
660 Baker Street
Building A, Ste. 201
Costa Mesa, CA 92626
Tel: (412) 370-9110
*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ABELLARD, JR. and JESSICA KERR, and ANDREW E. BAKER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STRETTO, INC., <br><br> Defendant. | Case No.: 8:24-cv-01030-FWS-JDE <br><br> Assigned to: Hon. Fred W. Slaughter <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs, David Abellard, Jr., Jessica Kerr, and Andrew E. Baker, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby file this Notice of Voluntary Dismissal Without Prejudice of all claims asserted in this action as to Defendant Stretto, Inc.

Dated: May 14, 2025

Respectfully submitted.

**LAW OFFICES OF ROBERT MACKEY**

By: /s/ Robert Mackey
Robert Mackey
Attorneys for Plaintiffs